UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTIAGO ABREU,

    Plaintiff,

v.

GREENLEAF HOSPITALITY GROUP, INC.,

    Defendant.

Case No.: 1:16-cv-00507-RJJ-RSK

Hon. Robert J. Jonker

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GREENLEAF HOSPITALITY GROUP, INC.

NOW COME the parties, by and through the undersigned counsel, and hereby stipulate and agree to the dismissal of Plaintiff's Complaint, including all amendments thereto and all claims made therein, against Defendant, Greenleaf Hospitality Group, Inc., in its entirety with prejudice and without costs or fees to either party.

This is a final order and closes the case. The court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement as necessary.

**IT IS SO ORDERED.**

Date: August 29, 2016

/s/ Robert J. Jonker
Hon. Robert J. Jonker

IT IS SO STIPULATED:

Date: August 26, 2016                /s/   George T. Blackmore
                                     George T. Blackmore (P76942)
                                     Attorney for Plaintiff


Date: August 26, 2016                /s/   Kurt P. McCamman
                                     Kurt P. McCamman (P51477)
                                     Attorney for Defendant

27357023.1\155571-00001